**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Richard J. Capoferri                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-14200 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                               Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
23 Oct 2025, 18:58:33, EDT

             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322