**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Richard J. Capoferri | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 25-14200 DJB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

    Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
23 Oct 2025, 17:48:46, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 230622dfb5cf43f16f8e72af7acf862da4e183c056a256bb4ddf420f335483f5