IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :    Bankruptcy No. 25-14200 - DJB
    Richard J. Capoferri                  :
        Debtor                            :    Chapter 13

## O R D E R

AND NOW, this 19th day of November, 2025, upon review of Debtor's Motion to Extend Time to File Schedules and Statements and Disclosure of Attorney Compensation, it is hereby Ordered that Debtor has until December 9, 2025 in which to file the missing documents per this Court Order.

By the Court:

_____
United States Bankruptcy Judge

Copies to:

Richard J. Capoferri
401 Hempstead Circle
Newtown Square, PA 19073

Robert H. Holber, Esquire
41 E. Front Street
Media, Pa  19063

Office of the US Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Kenneth E. West
Chapter 13 Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19107