*Amended Matrix*
*25-14200*

**A. Marinelli & Sons, Inc.**
2350 West Township Line Road
Havertown, PA 19083


**Citibank (South Dakota), N.A.**
c/o Burton Neil & Associates, P.C. Burton
Neil, Esq.
1060 Andrew Drive Suite 170
West Chester, PA 19380

**Citibank, N.A.**
P.O. Box 790110
Saint Louis, MO 63179-0110


**Credit One Bank**
c/o Portfolio Recovery Associates, LLC
P.O. 12914
Norfolk, VA 23541


**Credit One Bank, N.A.**
c/o Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


**Eugene E. Renz, Jr.**
205 N. Monroe Street
Media, PA 19063


**Internal Revenue Service**
P.O. Box 16336
Philadelphia, PA 19114


**Jefferson Capital**
200 14th Avenue E
Sartell, MN 56377

**Karin Baltimore Schweiger**
BROCK & SCOTT, PLLC
2011 Renaissance Boulevard 100
King of Prussia, PA 19406


**Law Office of Robert H. Holber, P.C.**
41 East Front Street
Media, PA 19063


**Heather Lazar**
71 Laurel Circle
Newtown, PA 18940


**Newrez**
c/o PHH Mortgage Services
P.O. box 24738
West Palm Beach, FL 33416


**Pa Department of Revenue**
Bureau of Collections & Taxpayer Service
P.O. Box 281041
Harrisburg, PA 17128-1041


**PNC Bank, N.A.**
P.O. Box 1820
Dayton, OH 45401


**The Bank of Missouri**
c/o Midland Credit Management
350 Camino De La Reina
San Diego, CA 92108


**Transportation Alliance Bank**
c/o Mission Lane
Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377