Monthly Financial Report Of Business Operations

Name: Richard J Capoferri
Case Number: 25-14200-djb
Business Name: Capoferri Tile and Stone Inc.
Month/Year   October-25

**Business Income**

| | | |
|---|---|---:|
| 1) | Actual Income from sales/service | $ 6,875.00 |
| 2) | Other (Specify) | $ - |
| 3) | Other (Specify) | $ - |
| 4) | **Total Actual Income (add 1+2+3)** | $ 6,875.00 |

**Actual Business Expense Paid**

| | | |
|---|---|---:|
| 5) | Rent/Lease | |
| 6) | Utilities | |
| 7) | Telephone | $ - |
| 8) | Insurance-Truck | $ - |
| 9) | Wages for Employees | $ - |
| 10) | Wages for Self/Owner | $ - |
| 11) | Taxes | $ - |
| 12) | Gas and Fuel for Business Vehicles | $ 200.00 |
| 13) | Other- Materials Purchased | $ 450.00 |
| 14) | Other- Bank Fee | $ - |
| 15) | Other Truck Repairs | $ - |
| 16) | Other Travel | $ - |
| 17) | Other Office Supplies/Postage | $ - |
| 18) | **Total Actual Business Paid Out (sum 5 thru 16)** | $ 650.00 |
| 19) | **Net Business Income/Loss (line 4-line 16)** | $ 6,225.00 |

| | | |
|---|---|---:|
| 24) | **Personal** | |
| 25) | Rent Mortgage | $ 2,200.00 |
| 26) | Utilities | $ 450.00 |
| 27) | Telephone/ Cable/ Internet | $ 300.00 |
| 28) | Food | $ 700.00 |
| 29) | Transportation (fuel, tolls, parking) | $ 5.00 |
| 30) | Auto Insurance | $ 225.00 |
| 31) | Car Loan | $ - |
| 32) | Child Care | $ 154.00 |
| 33) | Credit Cards | $ 87.00 |
| 34) | Home Maintiance | $ 100.00 |
| 35) | Recreation/Reading | $ 200.00 |
| 36) | Medicial Dental | $ 150.00 |
| 37) | Clothing | $ 150.00 |
| 38) | Pet Expenses | $ 50.00 |
| 39) | Personal Care Items | $ 100.00 |
| 40) | Life Insurance | $ - |
| 41) | Health/Dental Insurance | $ - |
| 42) | Attorney Fee | $ - |
| 43) | **Total Actual Personal Expenses Paid (25 thru 42)** | $ 4,871.00 |

| | | |
|---|---|---:|
| 44) | **Net Income** | |
| 45) | Gross Excess Income (line 21-line 32) | $ 1,354.00 |
| 46) | MONTHLEY CHAPTER 13 PLAN PAYMENT | $ - |
| | Net Excess Income (line 33-line 34) | $ 1,354.00 |