IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Richard J. Capoferri<br><br>U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank N.A.,in its capacity as Trustee for registered holders of Home Equity Asset Trust 2004-8, Home Equity Pass-Through Certificates, Series 2004-8,<br>    Movant<br><br>vs.<br><br>Richard J. Capoferri ,<br>    Debtor | Case No. 25-14200-djb<br>Chapter 13 |

OBJECTION TO CONFIRMATION
OF DEBTOR CHAPTER 13 PLAN

U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank N.A.,in its capacity as Trustee for registered holders of Home Equity Asset Trust 2004-8, Home Equity Pass-Through Certificates, Series 2004-8 ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor Chapter 13 Plan* (Doc 22), and states as follows:

    1.    The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 16, 2025.

    2.    Movant holds a security interest in the Debtor real property located at 401 Hempstead Cir, Newtown Square, PA 19073 (the "Property"), by virtue of a Mortgage which is recorded as instrument Number 2004096511 in Official Records of Delaware County,

Pennsylvania.  Said Mortgage secures a Note in the amount of $393,000.00.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on December 9, 2025 (Doc 22).

4. The Plan calls for the sale of the property commonly known as 401 Hempstead Cir, Newtown Square, PA 19073.  Movant holds a secured lien on this property.

5. Movant's position is that it holds a valid secured lien on the property and that any sale of the property must payoff Movant's lien in full from the sale proceeds. If the sale does not occur, then the debtor needs to amend the Plan to indicate how Movant's claim will be cured.

6. The Plan lists the Property in Section 7(c) Sale of Real Property.  Movant objects to the confirmation of the Plan until after the sale of the Property is completed.

7. Movant objects to any plan in which its valid secured claim is not paid in full from the proceeds of the sale.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

     /s/Andrew Spivack
     Andrew Spivack, PA Bar No. 84439
     Mario Hanyon, PA Bar No. 203993
     Jay Jones, PA Bar No. 86657
     Attorney for Creditor
     BROCK & SCOTT, PLLC
     3825 Forrestgate Drive
     Winston Salem, NC 27103
     Telephone: (844) 856-6646
     Facsimile: (704) 369-0760
     E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Richard J. Capoferri<br><br>U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank N.A.,in its capacity as Trustee for registered holders of Home Equity Asset Trust 2004-8, Home Equity Pass-Through Certificates, Series 2004-8,<br>    Movant<br><br>vs.<br><br>Richard J. Capoferri ,<br>    Debtor | Case No. 25-14200-djb<br>Chapter 13 |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that on December 17, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- OBJECTION TO CONFIRMATION OF DEBTOR CHAPTER 13 PLAN

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: December 17, 2025

                                              */s/Andrew Spivack*
                                              Andrew Spivack, PA Bar No. 84439
                                              Mario Hanyon, PA Bar No. 203993
                                              Jay Jones, PA Bar No. 86657
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC

3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Robert H. Holber, Debtor Attorney
41 East Front Street
Media, PA 19063
rholber@holber.com
Debtor Attorney
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

Kenneth E. West,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

Richard J. Capoferri
401 Hempstead Circle
Newtown Square, PA 19073
Debtor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other: