**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| **In Re:** | : | |
| **RICHARD J. CAPOFERRI,** | : | **Bankruptcy No. 25-14200-djb** |
| **Debtor** | : | **Chapter 13** |
| **U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank N.A.,in its capacity as Trustee for registered holders of Home Equity Asset Trust 2004-8, Home Equity Pass-Through Certificates, Series 2004-8** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **RICHARD J. CAPOFERRI** | : | **11 U.S.C. §362 and §1301** |
| **HEATHER F. CAPOFERRI** | | |
| **and** | | |
| **KENNETH E WEST, ESQUIRE (TRUSTEE)** | | |
| **Respondent(s)** | : | |

**CERTIFICATION OF NO ANSWER REGARDING U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK N.A.,IN ITS CAPACITY AS TRUSTEE FOR REGISTERED HOLDERS OF HOME EQUITY ASSET TRUST 2004-8, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2004-8'S MOTION FOR RELIEF FROM STAY (DE 39)**

The undersigned hereby certifies that, as of March 20, 2026, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before March 19, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  March 20, 2026                    Respectfully submitted,

                                                    Brock & Scott, PLLC

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive Winston
Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760 E-Mail:
PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In Re: | : |
| **RICHARD J. CAPOFERRI,** | : Bankruptcy No. 25-14200-djb |
| **Debtor** | : Chapter 13 |
| **U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank N.A.,in its capacity as Trustee for registered holders of Home Equity Asset Trust 2004-8, Home Equity Pass-Through Certificates, Series 2004-8** | : |
| **Movant** | : |
| | : |
| **v.** | : |
| **RICHARD J. CAPOFERRI** **HEATHER F. CAPOFERRI** | : 11 U.S.C. §362 and §1301 |
| **and** **KENNETH E WEST, ESQUIRE (TRUSTEE)** | |
| **Respondent(s)** | : |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on March 23, 2026 to the following:

RICHARD J. CAPOFERRI
401 HEMPSTEAD CIRCLE
NEWTOWN SQUARE, PA 19073

Robert H. Holber, Debtor's Attorney
41 East Front Street
Media, PA 19063
rholber@holber.com

HEATHER F. CAPOFERRI, Co-Debtor
401 HEMPSTEAD CIRCLE
NEWTOWN SQUARE, PA 19073

KENNETH E WEST, Bankruptcy Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee, US Trustee

Office of United States Trustee
Robert N.C. Nix Federal Building 900 Market Street Suite 320
Philadelphia, PA 19107

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com