**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| **RICHARD J. CAPOFERRI,** | ) | **CASE NO.: 25-14200-DJB** |
| | ) | **CHAPTER 13** |
| DEBTOR. | ) | **JUDGE DEREK J BAKER** |
| | ) | |
| **U.S. BANK TRUST COMPANY, NATIONAL** | ) | |
| **ASSOCIATION, AS TRUSTEE, AS SUCCESSOR** | ) | |
| **-IN-INTEREST TO U.S. BANK N.A.,IN ITS** | ) | |
| **CAPACITY AS TRUSTEE FOR REGISTERED** | ) | |
| **HOLDERS OF HOME EQUITY ASSET TRUST** | ) | |
| **2004-8, HOME EQUITY PASS-THROUGH** | ) | |
| **CERTIFICATES, SERIES 2004-8,** | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| **RICHARD J. CAPOFERRI, DEBTOR,** | ) | |
| **AND KENNETH E. WEST, TRUSTEE,** | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank N.A., in its capacity as Trustee for registered holders of Home Equity Asset Trust 2004-8, Home Equity Pass-Through Certificates, Series 2004-8, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 26th day of May 2026

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been

furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail

on this 26th day of May 2026.

*VIA U.S. MAIL*

*DEBTOR*
RICHARD J. CAPOFERRI
401 HEMPSTEAD CIRCLE
NEWTOWN SQUARE, PA 19073

*VIA ELECTRONIC NOTICE*

*ATTORNEY FOR DEBTOR*
ROBERT H. HOLBER
ATTORNEY ROBERT H HOLBER PC
41 EAST FRONT STREET
MEDIA, PA 19063

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*