United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-14200-djb |
|---|---|
| Richard J. Capoferri | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15105683 | + Email/Text: BKEBN-Notifications@ocwen.com | Jun 03 2026 00:47:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank Trust Company  National Association, as trustee, as successor-in-interest to U.S. Bank N.A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHELSEA ERIN SUMMERS | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue csummers@attorneygeneral.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank Trust Company  National Association, as trustee, as successor-in-interest to U.S. Bank N.A., in its capacity as Trustee for registered holders of Home Equity Asset Trust 2004-8, Home Equity |

District/off: 0313-2                     User: admin                                    Page 2 of 2

Date Rcvd: Jun 02, 2026                  Form ID: trc                                   Total Noticed: 1

Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
on behalf of Creditor U.S. Bank Trust Company  National Association, as trustee, as successor-in-interest to U.S. Bank N.A
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

ROBERT H. HOLBER
on behalf of Debtor Richard J. Capoferri rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 25-14200-djb
Chapter 13

In re: Debtor(s) (including Name and Address)

Richard J. Capoferri
401 Hempstead Circle
Newtown Square PA 19073

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/02/2026.

Name and Address of Alleged Transferor(s):

Claim No. 13: PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/04/26

Mohung Wong
**CLERK OF THE COURT**