United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 25-14200-djb

Richard J. Capoferri                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                      Page 1 of 4

Date Rcvd: Jun 05, 2026                    Form ID: pdf900                           Total Noticed: 42

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard J. Capoferri, 401 Hempstead Circle, Newtown Square, PA 19073-3907 |
| 15082147 | | A. Marinelli & Sons, Inc., 2350 West Township Line Road, Havertown, PA 19083 |
| 15082148 | + | Citibank (South Dakota), N.A., c/o Burton Neil & Associates, P.C. Burto, 1060 Andrew Drive Suite 170, West Chester, PA 19380-5601 |
| 15087756 | + | Commonwealth of Pennsylvania Dept. of Revenue, c/o Chelsea E. Summers, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 15087752 | + | Commonwealth of Pennsylvania Dept. of Revenue, c/o Christopher R. Momjian, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 15082152 | + | Eugene E. Renz, Jr., 205 N. Monroe Street, Media, PA 19063-3052 |
| 15082153 | + | Heather Lazar, 71 Laurel Circle, Newtown, PA 18940-3259 |
| 15147251 | + | Joshua I. Goldman, Esq, Pennsylvania Bar # 205047, PADGETT LAW GROUP, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 15061775 | + | Karin Baltimore Schweiger, BROCK & SCOTT, PLLC, 2011 Renaissance Boulevard 100, King of Prussia, PA 19406-2782 |
| 15061776 | + | Law Office of Robert H. Holber, P.C., 41 East Front Street, Media, PA 19063-2911 |
| 15082159 | | Pa Department of Revenue, Bureau of Collections & Taxpayer Service, P.O. Box 281041, Harrisburg, PA 17128-1041 |
| 15082162 | + | Transportation Alliance Bank, c/o Mission Lane, Jefferson Capital Systems, LLC, 200 14th Avenue E, Sartell, MN 56377-4500 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 06 2026 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2026 00:33:36 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 06 2026 00:24:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2026 00:33:32 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | ^ | MEBN | Jun 06 2026 00:22:37 | U.S. Bank Trust Company, National Association, NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 06 2026 00:24:00 | U.S. Bank Trust Company, National Association, as, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 15062426 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2026 00:33:31 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15084871 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2026 00:33:37 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

District/off: 0313-2      User: admin      Page 2 of 4

Date Rcvd: Jun 05, 2026      Form ID: pdf900      Total Noticed: 42

| | | | |
|---|---|---|---|
| | | | 29603-0587 |
| 15082149 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 06 2026 00:33:33 | Citibank, N.A., P.O. Box 790110, Saint Louis, MO 63179-0110 |
| 15082150 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 06 2026 00:33:31 | Credit One Bank, c/o Portfolio Recovery Associates, LLC, P.O. 12914, Norfolk, VA 23541-0914 |
| 15082151 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 06 2026 00:33:31 | Credit One Bank, N.A., c/o Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15082154 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jun 06 2026 00:24:00 | Internal Revenue Service, P.O. Box 16336, Philadelphia, PA 19114 |
| 15066241 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jun 06 2026 00:24:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 15082155 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Jun 06 2026 00:24:00 | Jefferson Capital, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 15063249 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 06 2026 00:33:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068934 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Jun 06 2026 00:33:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15079253 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 06 2026 00:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15149591 | | Email/Text: mtgbk@shellpointmtg.com | |
| | | Jun 06 2026 00:24:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15061777 | ^ | MEBN | |
| | | Jun 06 2026 00:23:03 | Newrez, c/o PHH Mortgage Services, P.O. box 24738, West Palm Beach, FL 33416-4738 |
| 15085434 | + | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Jun 06 2026 00:24:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 15064828 | + | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Jun 06 2026 00:24:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 15087121 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jun 06 2026 00:24:00 | PNC BANK, NATIONAL ASSOCIATION, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15082160 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jun 06 2026 00:24:00 | PNC Bank, N.A., P.O. Box 1820, Dayton, OH 45401 |
| 15085769 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jun 06 2026 00:24:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15064244 | ^ | MEBN | |
| | | Jun 06 2026 00:22:46 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15076225 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 06 2026 00:33:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15082063 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Jun 06 2026 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15082161 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jun 06 2026 00:24:00 | The Bank of Missouri, c/o Midland Credit Management, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15064827 | + | Email/Text: EBN@brockandscott.com | |
| | | Jun 06 2026 00:24:00 | U.S. Bank Trust Company ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15082505 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jun 06 2026 00:33:38 | Verizon, by AIS InfoSource LP as agent, 4515 N |

District/off: 0313-2                          User: admin                          Page 3 of 4

Date Rcvd: Jun 05, 2026                       Form ID: pdf900                       Total Noticed: 42

Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15082156 | *+ | Karin Baltimore Schweiger, BROCK & SCOTT, PLLC, 2011 Renaissance Boulevard 100, King of Prussia, PA 19406-2782 |
| 15082157 | *+ | Law Office of Robert H. Holber, P.C., 41 East Front Street, Media, PA 19063-2911 |
| 15082158 | *+ | Newrez, c/o PHH Mortgage Services, P.O. box 24738, West Palm Beach, FL 33416-4738 |
| 15094112 | *+ | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 15105683 | *+ | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 15064269 | *+ | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank Trust Company  National Association, as trustee, as successor-in-interest to U.S. Bank N.A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHELSEA ERIN SUMMERS | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue csummers@attorneygeneral.gov |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank Trust Company  National Association, as trustee, as successor-in-interest to U.S. Bank N.A., in its capacity as Trustee for registered holders of Home Equity Asset Trust 2004-8, Home Equity Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor U.S. Bank Trust Company  National Association, as trustee, as successor-in-interest to U.S. Bank N.A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT H. HOLBER | on behalf of Debtor Richard J. Capoferri rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net |
| United States Trustee | |

District/off: 0313-2                          User: admin                                Page 4 of 4
Date Rcvd: Jun 05, 2026                       Form ID: pdf900                        Total Noticed: 42

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                          Chapter 13

RICHARD J. CAPOFERRI       :

       Debtor           :     No.: 25-14200-DJB

                                      :

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee (the " Trustee'), and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED.**

2. Any wage Orders previously entered are **VACATED.**

3. Pursuant to 11 U.S.C. Section 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. Section 349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. Promptly after the expiration of the time period set forth in Paragraph 4 above, counsel for the Debtor shall file either: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any application for administrative expenses other than Debtor's Counsel's have been filed, request a hearing hereon or (b) if no such application have been filed, return the undistributed Chapter 13 plan payments in his possession to Debtor pursuant to 11 U.S.C. Section 1326(a)(2).

**June 5, 2026**

_____                    _____

**DATED**                                   **HONORABLE DEREK J. BAKER**
                                                **UNITED STATES BANKRUPTCY JUDGE**