IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :Chapter 13
                                          :
     RICHARD J. CAPOFERRI                  :
                                          :
              Debtor                       :Bankruptcy No. 25-14200- DJB

### CERTIFICATION OF NOTICE AND NO OBJECTION
### PURSUANT TO L.B.R 2016-1

I, Robert H. Holber, Esquire, counsel for debtor, hereby certify that I served a copy of Application for Counsel Fees and Reimbursement of Expenses on the Debtor, the Trustee, and the Office of the U.S. Trustee on June 2, 2026, via first-class mail and/or electronically;

I further certify that a copy of the Notice of Application for Counsel Fees, as required by L.B.R. 2016-1 and F.R.B.P. 2002(a)(6), was served on all creditors on June 2, 2026 by first class mail, postage pre-paid and/or electronically.  A copy of said notice is attached.

I further certify that as of this date, twenty-one (21) days has elapsed and no objection has been received to the application.

By: _____
    Robert H. Holber, Esquire
    Attorney for Debtor

Dated: 6/25/26