IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :Chapter 13
                                          :
    RICHARD J. CAPOFERRI                   :
                                          :
                    Debtor                 :Bankruptcy No. 25-14200- DJB

O R D E R

AND NOW, this      day of          , 2026 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed **$4,095.00 as fees** and **$493.00 as expenses** for services rendered in connection with the above referenced case for a total award of $4,588.00 less $1,500.00 paid pre-petition. The sum of $3,088.00 shall be paid by Chapter 13 Trustee to Debtor's counsel.

By the Court:

**Date: June 30, 2026**

_____
Derek J. Baker
Bankruptcy Judge

Copies to:
Richard J. Capoferri
401 Hempstead Circle
Newtown Square, PA 19073

Robert H. Holber, Esquire
41 E. Front Street
Media, PA  19063

Kenneth E. West, Esquire
Chapter 13 Trustee
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Ste 701
Philadelphia, PA 19106